# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| SONIA W. PITTMAN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>PEDIATRIC SERVICES OF AMERICA,<br><br>　　　　Defendant. | Civil Action 7:11-CV-159 (HL) |

## ORDER

On February 17, 2012, Defendant Pediatric Services of America filed a Motion to Dismiss for Failure to State a Claim (Doc. 6). Since Plaintiff is proceeding *pro se*, the Court deems it appropriate and necessary to advise her of her obligations in responding to said Motion and of the consequences which she may suffer if she fails to file a proper response thereto.

Plaintiff is advised:

(1)　that a Motion to Dismiss has been filed herein on behalf of Defendant;

(2)　that she has the right to oppose the granting of said Motion; and,

(3)　that if she fails to oppose said Motion, the complaint against Defendant may be dismissed.

Plaintiff is further advised that under the procedures and policies of this Court, motions to dismiss are normally decided on briefs. The Court considers the

complaint and briefs filed by the parties in deciding whether dismissal is appropriate under the law.

Failure of Plaintiff to respond to the Motion to Dismiss may result in the granting of said Motion. There would be no trial or any further proceedings as to the Defendant seeking dismissal.

Accordingly, Plaintiff is directed to file a response to said Motion to Dismiss no later than Monday, March 12, 2012. Defendant will then have the opportunity to file a reply brief as provided by the Local Rules. Thereafter, the Court will consider the Motion. If no response is submitted by Plaintiff, the Court will consider said Motion to be uncontested.

The Clerk is directed to serve Plaintiff at the address listed on the docket.

**SO ORDERED**, this the 23rd day of February, 2012.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

ebr